TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00272-CR






Gerald Vanbrackle, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT


NO. 9034085, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's counsel filed a motion asking that the time to file appellant's brief be
extended to September 15, 2004. The brief has not been received. The motion is dismissed. 
Appellant's counsel, Mr. Christopher P. Morgan, is ordered to tender a brief in this cause no later
than October 8, 2004. No further extension of time will be granted.

It is ordered September 23, 2004.


Before Chief Justice Law, Justices B. A. Smith and Pemberton

Do Not Publish